PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

**Report on Offender Under Supervision**

Name of Offender: John Diego Ruedas          Case Number: A-14-CR-287(1)LY

Name of Sentencing Judicial Officer:  Honorable Sam Sparks, Senior U.S. District Judge

Date of Original Sentence: March 27, 2015

Original Offense: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence: 77 months' imprisonment followed by three (3) years of supervised release, Special Conditions:  substance abuse and mental health counseling, take all medications as prescribed, abstain from alcohol, no gang contact, search condition

Type of Supervision: Supervised Release     Date Supervision Commenced: October 14, 2020

Assistant U.S. Attorney: Elizabeth Cottingham     Defense Attorney: William Ibbotson (AFPD)

---

**PREVIOUS COURT ACTION**

On January 15, 2021, the case was transferred to U.S. District Judge Lee Yeakel's docket.

**NONCOMPLIANCE SUMMARY**

**Violation of Standard Condition No. 7:**  "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

**Nature of Non-compliance:** On January 6, 2021, test results were received from a drug test Ruedas submitted on December 28, 2020. Said results were positive for marijuana and cocaine; he verbally admitted to using the substances.

JOHN DIEGO RUEDAS
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** Ruedas advised that recent family stressors have led him to use substances to help him cope with said matters. He has been referred to individual substance abuse treatment and voices a desire to make better choices. It is respectfully requested no action be taken at this time. The Court will be notified of further noncompliance issues.

Respectfully submitted,

Laura W. Howard
Senior United States Probation Officer
Date: 1/19/2021

Approved: _____
Hector Garcia, Supervising
United States Probation Officer

---

**THE COURT ORDERS:**

[X] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: January 19, 2021